**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| TRUMAN L. PARKER | CIVIL ACTION NO. 06-0509 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision be **REVERSED** and **REMANDED** for further proceedings in accordance therewith.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 8th day of May, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE